IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

JACKIE KILLIAN, )
        Plaintiff )
        v. ) No. 4:02-cv-039
YOROZU AUTOMOTIVE TENNESSEE, INC., )
)
        Defendant )

## MEMORANDUM AND ORDER

This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b) for a report and recommendation regarding plaintiff's motion to renew and supplement request for attorney fees [Court File #60] and plaintiff's motion for additional attorney fees and bill of costs [Court File #67]. In a report and recommendation dated October 6, 2006, the magistrate judge recommended that plaintiff be awarded attorney's fees in the amount of $99,540, together with pre-judgment interest. No timely objection to the report and recommendation has been submitted.

Upon a *de novo* review of the record in this case and the magistrate judge's report and recommendation, I am in agreement with the United States magistrate judge. Accordingly, his report and recommendation is hereby ACCEPTED IN WHOLE and plaintiff Jackie Killian shall be AWARDED attorney's fees in the amount of $99,540, plus pre-judgment interest. The Clerk will consider the bill of costs.

**E N T E R :**

                                              ***s/ James H. Jarvis***
                                    UNITED STATES DISTRICT JUDGE